NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
dan.schiess@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00055-JCM-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING** |
| vs. | (FIRST REQUEST) |
| KELVIN ATKINSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; and DANIEL R. SCHIESS, Assistant United States Attorneys, counsel for the United States of America, and RICHARD WRIGHT, counsel for defendant KELVIN ATKINSON, that the sentencing hearing currently scheduled for July 11, 2019 at 10:00 a.m., to one week later:

1. Probation needs more time to prepare report.

2. The defendant is not in custody and does not object to the continuance.

///

///

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 29th day of May, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

_____/s/_____
DANIEL R. SCHIESS
Assistant United States Attorney


_____/s/_____
RICHARD WRIGHT
Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,  )
                                          )   Case No.: 2:19-cr-00055-JCM-CWH
        Plaintiff,          )
                                          )   **ORDER**
    vs.                            )
KELVIN ATKINSON,                )
        Defendant.        )

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1. Probation needs more time to prepare report.

    2. Counsel for the Defendant has no objection to a brief continuance of the hearing.

    2. The defendant is not in custody and does not object to the continuance.

    3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

For all of the above-stated reasons, the end of justice would best be served if the sentencing hearing be continued to <u>July 18, 2019, at 10:30 a.m.</u>

///

///

///

///

## ORDER

IT IS FURTHER ORDERED that the hearing scheduled for July 11, 2019 at 10:00 a.m. be vacated and continued to July 18, 2019, at 10:30 a.m.

DATED June 3, 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE