# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-55 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| KELVIN ATKINSON, | |
| Defendant(s). | |

Presently before the court is Kelvin Atkinson's ("defendant") emergency motion to modify sentence. (ECF No. 28). In light of the nature and circumstances surrounding defendant's motion, the court orders an expedited briefing schedule. The government shall file a response, if any, on or before Monday, April 6, 2020. Defendant shall file his reply, if any, on or before Friday, April 10, 2020.

Accordingly,

IT IS SO ORDERED.

DATED March 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**