Wright Marsh & Levy
Richard A. Wright, Esq.
Nevada Bar No. 886
Sunethra Muralidhara, Esq.
Nevada Bar No. 13549
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com

Attorneys for Kelvin Atkinson

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Kelvin Atkinson,<br><br>        Defendant. | Case No. 2:19-cr-00055-JCM-CWH<br><br>**Stipulation to Modify Conditions of Supervision**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Richard A. Wright, and Sunethra Muralidhara, of Wright Marsh & Levy, counsel for Kelvin Atkinson that the conditions of his supervisions be modified to suspend the mandatory condition of drug testing because Mr. Atkinson poses a low risk of future substance abuse. The government agrees with this request. United States Probation Officer Donnette Johnson agrees with this request.

This Stipulation is entered into for the following reasons:

1.  Defendant was sentenced on July 18, 2019 to 27 months in custody. ECF 20.

2.  The Judgment of Conviction reflects imposition of the mandatory drug testing condition. All parties are now in agreement that the condition is unnecessary. ECF 21.

3. On March 27, 2020, Mr. Atkinson filed an emergency motion to modify sentence under seal. ECF 28. The basis of this motion was Mr. Atkinson's severe medical condition and how the novel COVID-19 virus could have significant adverse effects on Mr. Atkinson's health if contracted. The parties fully briefed the issues. ECF 30, 31, 32, 34, 35, 36, 38. The government opposed Mr. Atkinson's motion to modify sentence. On April 17, 2020, this Court granted Mr. Atkinson's motion, modified his sentence to time served, and ordered the BOP release him within 72-hours of said Order. ECF 39.

4. Mr. Atkinson was timely released from custody and has started his 3-year term of supervision. He satisfied his requirement of checking in with United States Probation Officer Johnson within 72-hours of release.

5. USPO Johnson has reviewed Mr. Atkinson's case and agrees with counsel for the defense that mandatory drug testing may not be necessary given Mr. Atkinson's low risk of recidivism, low-risk of future substance abuse, zero criminal history points, and lack of substance abuse history.

6. The government has reviewed Mr. Atkinson's case and agrees that drug testing may not be necessary given Mr. Atkinson's lack of known significant drug history.

7. Based on this common agreement that Mr. Atkinson has a lack of known significant drug history, all parties now agree that this condition is not necessary.

8. Mr. Atkinson does not object to this request.

/ / /

2

9. All other conditions of supervision as stated in the judgment of conviction and any previous court orders will remain in effect. ECF 21, 39.

DATED April 24, 2020.

| | |
|---|---|
| WRIGHT MARSH & LEVY | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By: */s/ Richard A. Wright*<br>    Richard A. Wright<br>    Sunethra Muralidhara<br>    Attorneys for Mr. Atkinson | By: */s/ Daniel R. Schiess*<br>    Daniel R. Schiess<br>    Assistant United States Attorney |

3

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America, | Case No. 2:19-cr-00055-JCM-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Kelvin Atkinson, | |
| Defendant. | |

Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS ORDERED that the Court shall suspend the mandatory drug testing condition because Mr. Atkinson poses a low risk of future substance abuse, poses a low risk of recidivism, has zero criminal history points, and lacks a substance abuse history. All other conditions of supervision will remain in effect in accordance with the Judgment of Conviction and all other previous Orders from this Court.

DATED April 27, 2020.

_____
UNITED STATES DISTRICT JUDGE

4